# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon P. Hampton <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 16-14342 AMC |
| Sharon P. Hampton <br> _Debtor(s)_ | |
| William C. Miller, Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362 (d) as to Movant, to permit Movant, or its successor or assignee, to take possession and sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2010 TOYOTA COROLLA having VIN #: 2T1BU4EE8AC296417.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   1st    day of  November , 2017.

_____

Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Sharon P. Hampton
3029 Fontain Street
Philadelphia, PA 19121

David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532