IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:                             :      Bankruptcy No. 16-14342
                                   :
SHARON P. HAMPTON,                 :
                Debtor             :      Chapter 13

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

CBS BKAP, LP has filed a Motion for Relief from Automatic Stay to Exercise its State Court Remedies against the Real Estate located at 3029 West Fontain Street, Philadelphia, Pennsylvania.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 1, 2018 you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

            Clerk, United States Bankruptcy Court
            for the Eastern District of Pennsylvania
            Robert N.C. Nix, Sr. Federal Building
            900 Market Street
            Suite 400
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

            Charles N. Shurr, Jr., Esquire
            Kozloff Stoudt
            2640 Westview Drive
            Wyomissing, PA 19610
            Telephone: (610) 670-2552
            Facsimile: (610) 670-2591

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on February 13, 2018 at 11:00 a.m. in the United States Bankruptcy Court, Robert NC Nix, Sr. Federal Courthouse, Courtroom No. 5, 900 Market Street, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 17, 2018

KOZLOFF STOUDT

By: _____
Charles N. Shurr, Jr., Esquire
2640 Westview Drive
Wyomissing, PA 19610
(610) 670-2552
Attorneys for CBS BKAP, LP