United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14342-amc
Sharon P. Hampton                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: DonnaR            Page 1 of 1           Date Rcvd: Oct 25, 2018
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db           +Sharon P. Hampton,    3029 Fontain Street,    Philadelphia, PA 19121-1832
cr           +CBS BKAP, LP, assignee of Great American Real Esta,    c/o Charles N. Shurr, Jr., Esquire,
               Kozloff Stoudt,    2640 Westview Drive,   Wyomissing, PA 19610-1186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
```
              CHARLES N. SHURR, JR.    on behalf of Creditor    CBS BKAP, LP, assignee of Great American Real
               Estate & Associates, Inc. cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              DAVID M. OFFEN    on behalf of Debtor Sharon P. Hampton dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE: : Bankruptcy No. 16-14342
:
SHARON P. HAMPTON, :
:
        Debtor : Chapter 13

## ORDER FOR RELIEF FROM STAY

AND NOW, this __25th__ day of __October__, 2018, this matter having been brought before the Court upon the Certificate of Default filed by CBS BKAP, LP, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by §362 of the Bankruptcy Code is vacated as to CBS BKAP, LP ("Creditor") with respect to the Debtor's real estate located at 3029 West Fontain Street, Philadelphia, Pennsylvania ("Real Estate"), so that the Creditor may exercise its state court remedies with respect to the Real Estate, including, without limitation, executing against the Real Estate; and it is

FURTHER ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtor to the Creditor; and it is

FURTHER ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies To:    See Attached Service List.

## ORDER SERVICE LIST

Sharon P. Hampton
3029 Fontain Street
Philadelphia, PA 19121

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610