UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON P. HAMPTON                                 Chapter 13

                      Debtor           Bankruptcy No. 16-14342-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this  11th  day of  March , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated; and it is further

~~ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE** in accordance with the express terms of such **CONSENT ORDER**.~~

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

[Debtor]
SHARON P. HAMPTON

3029 FONTAIN STREET

PHILADELPHIA, PA 19121