United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-14342-amc
Sharon P. Hampton                                                   Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR               Page 1 of 2                  Date Rcvd: Mar 11, 2019
                              Form ID: pdf900            Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db             +Sharon P. Hampton,    3029 Fontain Street,    Philadelphia, PA 19121-1832
cr             +CBS BKAP, LP, assignee of Great American Real Esta,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
cr             +Great American Real Estate,    178 Epps Street,    Wind Gap, PA 18091-9717
13941885       +CBS BKAP, LP,    PO Box 5162,    Largo, Fl 33779-5162
13745746        FCI Lenders,    P.O. Box 27370,    Anaheim, CA 92809-0112
13786271       +Great American Real Estate & Associate Inc.,    c/o Dwaldmanlaw, P.C,
                 4900 Carlisle Pike, Ste. 182,    Mechanicsburg, PA 17050-7709
13833813       +Pamela Elchert Thurmond,    City of Philadelphia,    and/or Water Revenue,
                 1401 JFk Blvd 5th floor,    Philadelphia Pa 19102-1617
13745748       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13745749       +Philadelphia Fire Department,    Lockbox 9437,    PO Box 8500,    Philadelphia, PA 19178-8500
13807490       +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
13745750       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14206784        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13775743       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:51     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13749709        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2019 02:53:22
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13798858        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2019 02:53:22
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13936942       +E-mail/Text: bnc@atlasacq.com Mar 12 2019 02:51:21     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13828417        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:50     CITY OF PHILADELPHIA,
                 SCHOOL DISTRICT OF PHILADELPHIA,    C/O MEGAN N. HARPER,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
                 PHILADELPHIA, PA 19102-1595
13745743        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:50     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13745744       +E-mail/Text: bknotice@ercbpo.com Mar 12 2019 02:51:43     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13745747        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 12 2019 02:51:45     Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13745752       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 12 2019 02:51:19
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13745751        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 12 2019 02:51:19
                 Verizon,    One Alpharetta Place  Recovery Departmen,    Alpharetta, GA 30004
13745753        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:50     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13885995       +E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:51     Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    1401 JFK Blvd. 5t Floor,    Phila., PA 19102-1663
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13745745*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              CHARLES N. SHURR, JR.    on behalf of Creditor    CBS BKAP, LP, assignee of Great American Real
               Estate & Associates, Inc. cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              DAVID M. OFFEN    on behalf of Debtor Sharon P. Hampton dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON P. HAMPTON                                   Chapter 13

           Debtor                    Bankruptcy No. 16-14342-AMC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this __11th__ day of __March__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated; and it is further

~~ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is WITH PREJUDICE in accordance with the express terms of such CONSENT ORDER.~~

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


[Debtor]
SHARON P. HAMPTON

3029 FONTAIN STREET

PHILADELPHIA, PA 19121